IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**DENNIS HAGY, TAMERA HAGY, DUSTIN HAGY, and CLARK HAGY,**

    Plaintiff,

v.                                                                        Civil Action No.: 2:10-cv-1372
                                                                          Honorable Joseph R. Goodwin

**EQUITABLE PRODUCTION COMPANY, A PENNSYLVANIA CORPORATION, WARREN DRILLING COMPANY, INC., BJ SERVICES COMPANY, USA, and HALLIBURTON ENERGY SERVICES, INC.,**

    Defendants.

**MOTION TO CONTINUE HEARING REGARDING MOTION TO WITHDRAW AS COUNSEL AND TEMPORARILY STAY PROCEEDINGS BY KESNER, KESNER & BRAMBLE, PLLC AND THE LAW OFFICES OF HARRIS & HOLMES, PLLC**

    COMES NOW Daniel W. Greear and the law firm of Kesner, Kesner & Bramble, PLLC, who does move the Court to continue the hearing on the Motion to Withdraw as Counsel currently scheduled for August 4, 2011, at 11:00 a.m.  In support of this motion, the undersigned asserts that he will be out of state in South Carolina from Friday, July 29, 2011 until Sunday, August 7, 2011.

    While Daniel W. Greear has been lead counsel for Kesner, Kesner & Bramble, PLLC's involvement in this matter, other attorneys have been involved and would be available to attend and fully participate in the hearing should the Court not be inclined to grant the Motion to Continue.

23094/311

**DENNIS HAGY, TAMERA HAGY, DUSTIN HAGY, and CLARK HAGY**
**By counsel,**

*/s/ Daniel W. Greear*

Brent K. Kesner (WVSB #2022)
Daniel W. Greear (WVSB #6036)
Kesner, Kesner & Bramble, PLLC
112 Capitol Street
P. O. Box 2587
Charleston, WV   25329
Phone: (304) 345-5200
Fax:  (304) 345-5265

Kevin C. Harris, Esq. (WVSB #8814)
Eric J. Holmes, Esq. (WVSB #8557)
Law Offices of Harris & Holmes, PLLC
115 North Church Street
Ripley, WV 25271
Phone: (304) 372-7004
Fax: (304) 372-7042

**23094/311**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**DENNIS HAGY, TAMERA HAGY, DUSTIN HAGY, and CLARK HAGY,**

    **Plaintiff,**

v.

**EQUITABLE PRODUCTION COMPANY, A PENNSYLVANIA CORPORATION, WARREN DRILLING COMPANY, INC., BJ SERVICES COMPANY, USA, and HALLIBURTON ENERGY SERVICES, INC.,**

    **Defendants.**

Civil Action No.: 2:10-cv-1372
Honorable Joseph R. Goodwin

## CERTIFICATE OF SERVICE

I, Daniel W. Greear, do hereby certify that on the **20th day of July, 2011**, I electronically filed the foregoing **MOTION TO CONTINUE HEARING REGARDING MOTION TO WITHDRAW AS COUNSEL AND TEMPORARILY STAY PROCEEDINGS BY KESNER, KESNER & BRAMBLE, PLLC AND THE LAW OFFICES OF HARRIS & HOLMES, PLLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James A. Varner, Sr., Esq.
Debra Tedeschi Varner, Esq.
Jeffrey D. Van Volkenburg, Esq.
Empire Building - 400 Main Street
P.O. Drawer 2040
Clarksburg, WV 26302-2040
*Counsel for Halliburton Energy Services, Inc.*

Timothy M. Miller, Esq.
Robert E. Lannan, Esq.
Robinson & McElwee, PLLC
400 Fifth Third Center
P.O. Box 1791
Charleston, WV 25326
*Counsel for EQT Production Co.*

23094/311

James S. Huggins, Esq.  
Colleen E. Cook, Esq.  
Theisen Brock  
424 Second Street  
Marietta, OH 45750  
*Counsel for Warren Drilling Company, Inc*.

Timothy D. Houston, Esq.  
Spilman, Thomas & Battle, PLLC  
P.O. Box 273  
Charleston, WV 25321-0273  
*Counsel for BJ Services Co., USA*

*/s/ Daniel W. Greear*

Brent K. Kesner (WVSB#2022)  
Daniel W. Greear (WVSB #6036)  
Kesner, Kesner & Bramble, PLLC  
112 Capitol Street  
P. O. Box 2587  
Charleston, WV   25329  
Phone: (304) 345-5200  
Fax:  (304) 345-5265  

Kevin C. Harris, Esq. (WVSB #8814)  
Eric J. Holmes, Esq. (WVSB #8557)  
Law Offices of Harris & Holmes, PLLC  
115 North Church Street  
Ripley, WV 25271  
Phone: (304) 372-7004  
Fax: (304) 372-7042

**23094/311**