UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**DENNIS HAGY, TAMERA HAGY,
DUSTIN HAGY, and CLARK HAGY,**

          **Plaintiffs,**

v.                                    Civil Action No. 2:10-cv-1372
                                       Judge Goodwin

**EQUITABLE PRODUCTION CO.,
WARREN DRILLING COMPANY, INC.,
BJ SERVICES COMPANY, USA, and
HALLIBURTON ENERGY SERVICES, INC.,**

          **Defendants.**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, Dennis Hagy, Tamara Hagy, Dustin Hagy and Clark Hagy, and Defendant, Halliburton Energy Services, Inc. hereby agree and consent to the dismissal of all pending claims with prejudice as to Defendant, Halliburton Energy Services, Inc.  This Court hereby orders that the pending claims are hereby dismissed with prejudice.  It is, so Ordered.

                                                              Honorable Joseph R. Goodwin, Judge

Prepared By:

*/s/ Jeffrey D. Van Volkenburg*
James A. Varner, Sr.        (WV State Bar #3853)
Debra Tedeschi Varner     (WV State Bar #6501)
Jeffrey D. Van Volkenburg   (WV State Bar #10227)
McNeer, Highland, McMunn and Varner, L.C.
Empire Building - 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV  26302-2040

Bruce Hurley *(appearing pro hac vice)*
Shelby Stratmann *(appearing pro hac vice)*
King & Spalding
1100 Louisiana, Suite 4000
Houston, TX  77002

*Counsel for Defendant, Halliburton Energy Services, Inc.*

Agreed As To Form:

*/s/ Kevin Thompson*
Kevin Thompson (WV State Bar #5062)
Thompson Barney
2030 Kanawha Blvd, East
Charleston, WV 25311

***Counsel for Plaintiffs***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

DENNIS HAGY, TAMERA HAGY,
DUSTIN HAGY and CLARK HAGY,

    Plaintiffs,

v.              Civil Action No.: 2:10-CV-1372

EQUITABLE PRODUCTION CO.,
WARREN DRILLING COMPANY, INC.,
BJ SERVICES COMPANY, USA,
HALLIBURTON ENERGY SERVICES, INC.,

    Defendants.

## CERTIFICATE OF SERVICE

  This is to certify that on the 17th day of July, 2012, the undersigned counsel served the foregoing *"AGREED ORDER OF DISMISSAL WITH PREJUDICE"* upon counsel of record via one or more of the following methods: (1) electronic notification through the Court's CM/ECF system; and/or (2) facsimile, and/or (3) depositing true copies in the United States Mail, postage prepaid, in envelopes addressed as follows:

Kevin Thompson, Esquire
Thompson Barney
2030 Kanawha Blvd, East
Charleston, WV 25311
***Counsel for Plaintiffs***

James S. Huggins, Esquire
Colleen E. Cook, Esquire
Theisen Brock
424 Second Street
Marietta, OH 45750
***Counsel for Defendant***
***Warren Drilling Company, Inc.***

Niall A. Paul, Esquire
Timothy D. Houston, Esquire
Spilman, Thomas & Battle PLLC
P. O. Box 273
Charleston, WV 25321-0273
***Counsel for Defendant***
***BJ Services Company, USA***

Timothy M. Miller, Esquire
Robinson & McElwee, PLLC
400 Fifth Third Center
700 Virginia Street, East
P.O. Box 1791
Charleston, WV 25326
***Counsel for Defendant, Equitable Production Co.***

Bruce Hurley, Esquire
Kind & Spaulding
1100 Louisiana Street
Suite 4000
Houston, TX 77002
***Counsel for Halliburton Energy Services, Inc.***

              /s/ *Jeffrey D. Van Volkenburg*